## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>)<br>**vs.** )<br>)<br>)<br>)<br>**ADAM WHITE** )<br>) | **DOCKET NO. 2:13-cr-000048-JAW** |

## MOTION TO WITHDRAW

NOW COMES undersigned counsel, Grainne Dunne, and moves this Honorable Court pursuant to Local Rule 157.5(b) for leave to withdraw as counsel for Mr. White. In support thereof, the undersigned states as follows:

(1) On September 16, 2025, the United States Probation Office filed a Motion for Warrant, Petition for on Supervised Release Revocation. (ECF No. 125). On September 25, 2025, undersigned counsel was appointed to represent Mr. White for the Revocation Proceedings. (ECF No. 129).

(2) Mr. White has retained private counsel to represent him in this matter. Counsel entered their appearance on October 17, 2025.

(3) For the foregoing reason, undersigned counsel respectfully requests leave to withdraw as counsel for Mr. White.

1

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the Motion to Withdraw.

DATED: October 17, 2025

*/s/ Grainne Dunne*
Grainne Dunne
Attorney for Defendant
Assistant Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070
FAX: 553-7017
grainne_dunne@fd.org

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

    I, Grainne Dunne, Esq., attorney for Adam White, hereby certify that I have caused to be served via ECF a copy of this motion upon David Joyce, Assistant United States Attorney, and all counsel of record via the ECF system.

    Dated this 17th day of October in Portland, Maine.

                                                       Respectfully submitted,

                                                       */s/ Grainne Dunne*